LAW OFFICES OF
**O'REILLY & DANKO**
A PROFESSIONAL CORPORATION

TERRY O'REILLY 045712
MICHAEL S. DANKO 111359
STEPHEN J. PURTILL 100102
KRISTINE K. MEREDITH 158243
SCOTT D. PEEBLES 227493
MARY BETH O'CONNOR 228591
OF COUNSEL
GARY L. SIMMS 096239

1900 O'FARRELL STREET, SUITE 360
SAN MATEO, CALIFORNIA 94403
TELEPHONE (650) 358-5901
FACSIMILE (650) 358-2575



IT IS SO ORDERED
Judge Vaughn R Walker
March 4, 2008

ATTORNEYS FOR PLAINTIFF

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN Re:<br>DEEP VEIN THROMBOSIS | MDL Docket No. 04-1606 VRW |
| This Document Relates to: | **STIPULATION OF DISMISSAL** |
| *Montalvo v. Spirit Airlines, Inc.;*<br>Case No. C03 3181 VRW | |

IT IS HEREBY STIPULATED by and between the parties to this action that the above-captioned action be and hereby is dismissed with prejudice, with each party to bear its own costs and attorney's fees.

Dated: December 19, 2007

Sam Montalvo

-1-
STIPULATION TO DISMISSAL

| | | |
|---|---|---|
| 1 | Dated: December 19, 2007 | _[signature]_ |
| 2 | | Evelyn Montalvo |
| 3 | | |
| 4 | Dated: 2/15/8 ~~December ___, 2007~~ | O'REILLY & DANKO |
| 5 | | |
| 6 | | By _[signature]_ |
| | | Michael S. Danko |
| 7 | | Attorneys for Plaintiffs Montalvo |
| 8 | | |
| 9 | | KENNEY & MARKOWITZ LLP |
| 10 | | |
| 11 | Dated: December ___, 2007 | By _____ |
| 12 | | Stephen C. Kenney |
| | | Attys. for Spirit Airlines, Inc. |

LAW OFFICES OF
O'REILLY & DANKO
A PROFESSIONAL CORPORATION
1900 O'FARRELL STREET, SUITE 360
SAN MATEO, CA 94403
TELEPHONE (650) 358-5901

-2-
STIPULATION TO DISMISSAL

Dated: December ___, 2007

_____
Evelyn Montalvo

Dated: December ___, 2007          O'REILLY & DANKO

By _____
Michael S. Danko
Attorneys for Plaintiffs Montalvo

KENNEY & MARKOWITZ LLP

Dated: February 25, 2008          By _____
Samantha Davies Hilton, Esq.
Attys. for Spirit Airlines, Inc.

LAW OFFICES OF
O'REILLY & DANKO
A PROFESSIONAL CORPORATION
1900 O'FARRELL STREET, SUITE 160
SAN MATEO CA 94403
TELEPHONE (650) 558-9900

-2-
STIPULATION TO DISMISSAL
*Montalvo v. Spirit Airlines, Inc*